# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: October 17, 2024 |
| DERRICK DUNCAN | : | VIOLATION: 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 17, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DERRICK DUNCAN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a black 9mm Taurus G2C, bearing serial number 1C141322 and loaded with 12 live rounds of 9mm caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### DERRICK DUNCAN

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

    a.    black 9mm Taurus G2C, serial number 1C141322; and

    b.    12 live rounds of 9mm caliber ammunition,

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

### A TRUE BILL:

*[signature]*

**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DERRICK DUNCAN

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)

