IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 24-373 |
| | : | |
| DERRICK DUNCAN | : | |

## ORDER

AND NOW, this 31st day of July, 2025, upon consideration of Defendant Derrick Duncan's Motions to Suppress (ECF No. 18), responses thereto, and oral hearing on the Motion—for the reasons stated in the accompanying memorandum—it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.